**Opinion issued April 8, 2025**



In The

# Court of Appeals

For The

# First District of Texas

———————————

**NO. 01-25-00162-CV**

———————————

**IN RE ALI CHOUDHRI, Relator**

---

**Original Proceeding on Petition for Writ of Mandamus**

---

**MEMORANDUM OPINION**

Relator, Ali Choudhri, filed a petition for writ of mandamus challenging challenging the trial court's January 8, 2025 "Order Granting Emergency Motion for Sanctions for Violation of Court Order and for Appointment of Limited Purpose Receiver."[1] The order challenged by relator was signed by the Honorable Robert

---

[1] The underlying case is *George M. Lee v. Ali Choudhri*, Cause No. 2020-16175, in the 152nd District Court of Harris County, Texas, the Honorable TaKasha Francis presiding.

Schaffer. Judge Schaffer ceased to hold the office of judge of the 152nd District Court of Harris County, Texas on December 31, 2024. Judge Schaffer was succeeded by the Honorable TaKasha Francis, whose term as the judge of the 152nd District Court of Harris County, Texas began on January 1, 2025.

In his petition for writ of mandamus, relator argued that the January 8, 2025 order, signed by Judge Schaffer, was void because Judge Schaffer signed the order after the expiration of his term as judge of the 152nd District Court, and he therefore "had no authority, no power, [and] no jurisdiction" to sign the order. Relator therefore requested that this Court grant his petition for writ of mandamus, declare that the January 8, 2025 order signed by Judge Schaffer is void, and direct the trial court to vacate the January 8, 2025 order.

The Court requested that real party in interest, George M. Lee, file a response to the petition for writ of mandamus. On March 28, 2025, Lee filed a response to the mandamus petition, along with an appendix in support of his response.

Based on our review of the mandamus record, we conclude that relator has failed to establish he is entitled to mandamus relief, and therefore the Court denies relator's petition for writ of mandamus. We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Gunn and Guiney.

2